PATRICIA G. ROSENBERG (154820)
HAAS & NAJARIAN
58 Maiden Lane, 2nd Floor
San Francisco, CA 94108
Telephone: (415) 788-6330
Facsimile: (415) 391-0555

Attorneys for Cross-Claimant
RQ CONSTRUCTION, INC.

LODGED FEB 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the Use ) Case No. CIV F-00-5957 AWI DLB
of GANG-NAIL TRUSS COMPANY, INC., a )
California corporation and GANG-NAIL )
TRUSS COMPANY, INC., a California ) STIPULATION TO DISMISSAL OF
corporation, ) APPLE BUILDERS, INC. AND
) FRONTIER PACIFIC INSURANCE
Plaintiff, ) COMPANY, INC.
) PURSUANT TO RULE 41(c) F.R.Civ.P
v. )
)
BENECO ENTERPRISES, INC., et al. )
)
Defendants. )
_____ )
)
AND RELATED CROSS-CLAIM. )
_____ )

PLEASE TAKE NOTICE that Cross-Claimant RQ CONSTRUCTION, INC., and Cross-Defendant APPLE BUILDERS, INC., and its surety, Cross-Defendant, FRONTIER PACIFIC INSURANCE COMPANY, INC. by and through their respective counsel, Patricia G. Rosenberg of Haas & Najarian and Mary Cavanaugh of The Law Offices of Mary Cavanaugh do hereby stipulate to the Dismissal with prejudice of Cross-Defendant Apple Builders, Inc., and its surety Cross-Defendant Frontier Pacific Insurance Company, Inc. pursuant to Rule 41(c) of the Federal Rules of Civil Procedure. All costs to be borne by each respective party.

///

ORIGINAL

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

-1-

Case No. CIV F-00-5957 AWI DLB

1  This Dismissal with prejudice is made pursuant to Rule 41 (c) of the Federal Rules of Civil
2  Procedure.

4  DATED: February 7, 2007                    HAAS & NAJARIAN

6                                             By: _____
                                                   PATRICIA G. ROSENBERG
7                                              Attorneys for Cross-Claimant
                                               RQ CONSTRUCTION, INC.

10 DATED: February ____, 2007                 LAW OFFICES OF MARY CAVANAUGH

12                                             By:_____
                                                   MARY CAVANAUGH
13                                             Cross-Defendant APPLE BUILDERS, INC., and
                                               its surety Cross-Defendant FRONTIER
14                                             PACIFIC INSURANCE COMPANY, INC.

15 N:\CLIENTS\26\2601\014\Dismissal- Apple Builders.wpd

It is so Ordered.  Dated: 2-9-c

_____
United States District Judge

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

-2-

Case No. CIV F-00-5957 AWI DLB

1  This Dismissal with prejudice is made pursuant to Rule 41 (c) of the Federal Rules of Civil
2  Procedure.

4  DATED: February 7, 2007        HAAS & NAJARIAN

6  By: _____
7  PATRICIA G. ROSENBERG
   Attorneys for Cross-Claimant
   RQ CONSTRUCTION, INC.

10  DATED: February 7, 2007        LAW OFFICES OF MARY CAVANAUGH

12  By: _____
    MARY CAVANAUGH
13  Cross-Defendant APPLE BUILDERS, INC., and
    its surety Cross-Defendant FRONTIER
14  PACIFIC INSURANCE COMPANY, INC.

15  N:\CLIENTS\...\Dismissal- Apple Builders.wpd

HAAS & NAJARIAN
58 Maiden Lane
2nd Floor
San Francisco, CA 94108
(415) 788-6330

-2-

Case No. CIV F-00-5957 AWI DLB